# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH GOVERNMENT          NO. _____

VERSUS                                 SECT. _____

HUDSON INSURANCE COMPANY               MAG. _____

## COMPLAINT

Plaintiff, Plaquemines Parish Government, brings forth the following causes of action and alleges the following:

### JURISDICTION – DIVERSITY OF CITIZENSHIP

1.

Plaintiff, Plaquemines Parish Government (hereinafter sometimes "PPG"), a/k/a Plaquemines Parish is the duly constituted governing body for the Parish of Plaquemines Parish, State of Louisiana and is accordingly a citizen of the State of Louisiana for all purposes contemplated in 28 U.S.C. §1332.

2.

Defendant, Hudson Insurance Company (hereinafter sometimes "Hudson"), is an insurance company chartered under the laws of the State of New York with its principal place of business located within the State of New York which transacts business and receives revenues from within the State of Louisiana and in particular this judicial district.

3.

The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

COUNT I

4.

PPG issued a bid proposal for Parish Project No. 15-02-03, Renovation of Council Building 203 (hereinafter sometimes the "Project").

5.

PPG received bids on or before February 2, 2016 from nine (9) bidders, including Vinson Enterprises LLC of Florida (hereinafter sometimes "Vinson"), a limited liability company chartered under the laws of the State of Florida but maintaining its principal place of business in Jefferson Parish, Louisiana.

6.

PPG's bid proposal as required by law required all bidders to submit a Bid Bond.

7.

Vinson submitted its bid in the amount of $4,113,832.91. Appended to its bid was the required bid bond issued by Hudson. A copy of Hudson's bid bond is attached hereto as Exhibit "A" and is incorporated herein by reference as though copied in *extenso*.

8.

The bids were opened on February 4, 2016.

9.

On February 4, 2016 All South Consulting Engineers, LLC certified the tabulation of the bids, determined that Vinson was the lowest bidder and recommended the award of the bid to Vinson.

10.

On or about February 24, 2016 PPG issued its *Notice of Award* to Vinson. A copy of this instrument is attached hereto as Exhibit "B" and is incorporated herein by reference as though copied in *extenso*.

11.

Without just cause, error or reason and in excess of 48 hours after Vinson's bid was accepted and the contract awarded, Vinson withdrew its bid on March 11, 2016.

12.

Vinson's withdrawal of its bid on March 11, 2016 was in violation of La. R. S 38:2214, being in excess of 48 hours from award.

13.

As a result of Vinson's withdrawal, the contract was awarded to CDW Services, LLC whose bid price exceeded Vinson's by $514,027.10 rendering the Project both substantially more expensive and delaying its ultimate completion.

14.

Vinson's withdrawal acted as a substantial detriment to PPG's citizens.

15.

Hudson's failure to comply with its obligations under the bond has acted detrimentally to the welfare of the citizens of Plaquemines Parish and the public fisc.

16.

Upon Vinson's breach/withdrawal Complaint PPG sustained damages in no less than the amount of $534,027.10,

17.

Despite amicable demand Hudson has refused to pay to PPG the full 5% of the total amount of the bid or $205,691.65.

WHEREFORE, PPG demands judgment against Hudson in the sum and amount of $205,691.65, plus legal interest, court costs and attorney's fees.

## COUNT II

18.

PPG re-alleges and incorporates all averments set forth in paragraphs 1 through 17 as if fully incorporated herein.

19.

In the alternative, Hudson's failure to pay the 5% of the total amount of the bid in the amount of $205,691.65 is arbitrary, capricious and without probable or just cause and is in violation of La. R. S. 22:1973. Therefore, Hudson owes PPG either the 5% of the total amount of the bid and/or the difference between Vinson's bid price and that of CDW Services, LLC, to-wit: $534,027.10.

WHEREFORE, PPG demands judgment against Hudson in the sum and amount of $534,027.10, plus legal interest, court costs and attorney's fees.

## JURY DEMAND

20.

PPG demands trial by jury of all claims or causes of action triable of right to a jury.

Respectfully submitted,

*Robert L. Marrero*
Robert L. Marrero, LSBA #8947
ROBERT L. MARRERO, LLC
401 Whitney Avenue
Suite 126
Gretna, LA 700056

Telephone: (504) 366-8025
Fax: (504) 366-8026

And

*Melvin J. Burmaster*
Melvin J. Burmaster, LSBA #19508
Assistant Parish Attorney
8056 Highway 23
Suite 200
Belle Chasse, LA 70037
Telephone: (504) 415-4697