UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH GOVERNMENT** | **CIVIL ACTION** |
| **VERSUS** | **No. 16-15820** |
| **HUDSON INSURANCE CO.** | **SECTION I** |

### AMENDED ORDER

Considering the plaintiff's unopposed motion[1] to dismiss,

**IT IS ORDERED** that the motion is **GRANTED**. All claims alleged in the above-captioned matter are **DISMISSED WITH PREJUDICE** except for, and without prejudice to, those rights reserved to the plaintiff and assigned to the defendant under the settlement agreement between the two, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Court's previous order granting the motion[2] is **VACATED**.

New Orleans, Louisiana, October 25, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 22.
[2] R. Doc. No. 23.